UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY BREDOW,

    Plaintiff,                      No. 18-12860

v.

                                  Magistrate Judge R. Steven Whalen

DAVEY TREE EXPERT CO., ET AL.,

    Defendants .
_____/

**ORDER**

Defendants' Motion for attorney Thomas Heller Hayden, III to appear without specifying local counsel within the Eastern District of Michigan [Doc. #17] is GRANTED.[1]

IT IS SO ORDERED.

                                    s/R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

Dated: April 29, 2019

---

[1] Defendants are also represented by attorney Albert M. Bower, a Michigan attorney who is admitted to the Eastern District of Michigan. This order is contingent on Mr. Bower continuing as co-counsel.

# CERTIFICATE OF SERVICE

I hereby certify on April 29, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on April 29, 2019.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen